1  MICHAEL L. RENBERG, #136217
2  PARICHAN, RENBERG & CROSSMAN
   LAW CORPORATION
3  1540 East Shaw Avenue, Suite 123
   Fresno, California 93710
4  Telephone (559) 431-6300
   Telefax (559) 432-1018
5
   Attorney for Defendant
6  Defendant Dick Morganti Nibbi JV

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| CAROLYN WESLEY, | Case No.: C 07-00006 JCS |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION FOR EXTENSION TO ANSWER COMPLAINT |
| DICK MORGANTI NIBBI JV, THE UNITED STATES OF AMERICA, and DOES 1 to 100 | |
| Defendants | |

Pursuant to Rule 6(a)(1) of the Civil Local Rules of the Northern District of California, Plaintiff Carolyn Wesley and Defendant Dick Morganti Nibbi JV (hereinafter "Defendant"), enter the following stipulation concerning Defendant's answer to the complaint.

1. This action concerns a trip and fall incident that occurred on the east side of Seventh Street, north of Mission Ave., in the city of San Francisco. Plaintiff contends Defendant, which is constructing a building on the west side of Seventh, may have caused or contributed to the accident.

2. In order to allow Plaintiff to further investigate the facts of the accident and to obtain jurisdiction over other defendants, an answer by Defendant is not required by Plaintiff within the statutory period.

-1-

3. A case management conference is set to be held on April 20, 2007.

4. The parties agree to extend the date for Defendant Dick Morganti Nibbi JV to and including April 5, 2007.

Dated: February 19, 2007

PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION

By     *Michael L. Renberg*
     MICHAEL L. RENBERG
     Attorneys for Defendant
     Dick Morganti Nibbi JV

Dated: February 19, 2007

DU CHARME & COHEN

By     [signature]
     James A. Du Charme
     Attorneys for Plaintiff
     Carolyn Wesley

Dated: February 26, 2007

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
1540 EAST SHAW, SUITE 123
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 431-6300